IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DAVID SMITH and RITA SMITH, ) | |
| Plaintiffs, ) | |
| v. ) | Case No.: 09-CV-1048 |
| SAXON MORTGAGE SERVICES, INC., ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW** the plaintiffs and the defendant, Saxon Mortgage Services, Inc., and stipulate to a dismissal of plaintiffs' claims against the defendant, with prejudice to each party bringing another cause of action against the other on any cause of action set forth herein, with the costs to be assessed against the party incurring them.

Submitted By: /s/ Paul Hasty Jr.

Paul Hasty, Jr.        MO#34470
SCHIMITT, MANZ, SWANSON & MULHERN, P.C.
7101 College Blvd., Suite 350
Overland Park, Kansas 66210
(913) 317-8068   Facsimile: (913) 317-8058
phasty@schmittmanzlaw.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ John Mark Hongs   MO#54083
John Mark Hongs
Hinshaw & Culbertson, LLP
Gateway One
701 Market Street, Ste. 1300
St. Louis, MO 63101

**ATTORNEY FOR DEFENDANT**