**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| DAVID SMITH and | ) | |
| RITA SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 09-1048-CV-W-DW |
| | ) | |
| SAXON MORTGAGE SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 40).

Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action

*with prejudice*. The fees and costs associated with this action shall be borne by the parties

individually. The Clerk of the Court is directed to mark this action as closed.


Date:    May 5, 2010                                   /s/ Dean Whipple
                                                              Dean Whipple
                                                    United States District Judge